UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE RIGGS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, SUN LIFE FINANCIAL, INC., MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS SERIES TRUST XI, MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND, MFS LARGE CAP GROWTH FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, MFS TECHNOLOGY FUND, MASSACHUSETTS INVESTORS GROWTH FUND, MFS MID CAP VALUE FUND, MFS RESEARCH GROWTH AND INCOME FUND, MFS TOTAL RETURN FUND, MFS UNION STANDARD EQUITY FUND, MFS UTILITIES FUND, MFS VALUE FUND, MASSACHUSETTS INVESTORS TRUST, MFS AGGRESSIVE GROWTH ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS MODERATE ALLOCATION FUND, MFS BOND FUND, MFS EMERGING MARKETS DEBT FUND, MFS GOVERNMENTAL LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES FUND, MFS HIGH INCOME FUND, MFS | Civil Action No. 1:03-CV-12500 (WGY)<br><br>THIS DOCUMENT RELATES TO:<br><br>1:03-CV-12514 (WGY);<br>1:03-CV-12536 (WGY);<br>1:03-CV-12570 (WGY);<br>1:03-CV-12622 (WGY)<br>1:04-CV-10009 (RGS).<br><br>**THE LEWIS LEAD PLAINTIFF GROUP'S MOTION TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL** |

00001680.WPD ; 1

HIGH YIELD OPPORTUNITIES FUND, MFS       )
INTERMEDIATE INVESTMENT GRADE            )
BOND FUND, MFS LIMITED MATURITY          )
FUND, MFS RESEARCH BOND FUND, MFS        )
STRATEGIC INCOME FUND, MFS               )
ALABAMA MUNICIPAL BOND FUND, MFS         )
ARKANSAS MUNICIPAL BOND FUND,            )
MFS CALIFORNIA MUNICIPAL BOND            )
FUND, MFS FLORIDA MUNICIPAL BOND         )
FUND, MFS GEORGIA MUNICIPAL BOND         )
FUND, MFS MARYLAND MUNICIPAL             )
BIND FUND, MFS MASSACHUSETTS             )
MUNICIPAL BOND FUND, MFS                 )
MISSISSIPPI MUNICIPAL BOND FUND,         )
MFS MUNICIPAL BOND FUND, MFS             )
MUNICIPAL LIMITED MATURITY BOND          )
FUND, MFS NEW YORK MUNICIPAL             )
BOND FUND, MFS NORTH CAROLINA            )
MUNICIPAL BOND FUND, MFS                 )
PENNSYLVANIA MUNICIPAL BOND              )
FUND, MFS SOUTH CAROLINA                 )
MUNICIPAL BOND FUND, MFS                 )
TENNESSEE MUNICIPAL BOND FUND,           )
MFS VIRGINIA MUNICIPAL BOND FUND,        )
MFS WEST VIRGINIA MUNICIPAL BOND         )
FUND, MFS EMERGING MARKET EQUITY         )
FUND, MFS GLOBAL EQUITY FUND, MFS        )
GLOBAL GROWTH FUND, MFS GLOBAL           )
TOTAL RETURN FUND, MFS                   )
INTERNATIONAL GROWTH FUND, MFS           )
INTERNATIONAL NEW DISCOVERY              )
FUND, MFS INTERNATIONAL VALUE            )
FUND, MFS RESEARCH INTERNATIONAL         )
FUND, and JOHN DOES 1-100,               )
                                         )
                    Defendants.          )

PLEASE TAKE NOTICE that class members the Lewis Family Trust, Kevin Quinn, Sandra Coderre, Anthony Yonkers and Justin Cohen (the "Lewis Lead Plaintiff Group"), by their counsel, hereby move this Court, for an Order (attached hereto as Exhibit A): (i) consolidating all actions; (ii) appointing the Lewis Lead Plaintiff Group as lead plaintiffs; (iii) approving the law firm of Schiffrin and Barroway, LLP to serve as lead counsel; (iv) approving the law firm of Gilman and Pastor, LLP to serve as liaison counsel; and (v) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Lewis Lead Plaintiff Group submits herewith a memorandum of law and declaration of David Pastor.

Dated: February 9, 2004

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: _____
David Pastor (BBO # 391000)
Peter A. Lagorio (BBO # 567379)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone:    (781) 231-7850
Facsimile:    (781) 231-7840

**Proposed Liaison Counsel**

**CERTIFICATE OF SERVICE**

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 2/9/04

_____

**SCHIFFRIN & BARROWAY, LLP**
Andrew L. Barroway
Stuart L. Berman
Darren J. Check
Sean M. Handler
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Telephone:    (610) 667-7706
Facsimile:    (610) 667-7056

**Proposed Lead Counsel**

00001680.WPD ; 1