UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
                                                               :
BRUCE RIGGS, Individually, and on Behalf of                    :
All Others Similarly Situated,                                 :
                                                               : Civ. No. 03 CV 12500 (WGY)
                         Plaintiff,                            :
                                                               :
              vs.                                              :
                                                               :
MASSACHUSETTS FINANCIAL SERVICES                               :
COMPANY, MFS INVESTMENT                                        :
MANAGEMENT, SUN LIFE FINANCIAL, INC.,                          :
MFS SERIES TRUST I, MFS SERIES TRUST II,                       :
MFS SERIES TRUST III, MFS SERIES TRUST IV,                     :
MFS SERIES TRUST V, MFS SERIES TRUST VI,                       :
MFS SERIES TRUST VII, MFS SERIES TRUST                         :
VIII, MFS SERIES TRUST IX, MFS SERIES                          :
TRUST X, MFS SERIES TRUST XI, MFS                              :
CAPITAL OPPORTUNITIES FUND, MFS CORE                           :
GROWTH FUND, MFS LARGE CAP GROWTH                              :
FUND, MFS MANAGED SECTORS FUND, MFS                            :
MID CAP GROWTH FUND, MFS NEW                                   :
DISCOVERY FUND, MFS NEW ENDEAVOR                               :
FUND, MFS RESEARCH FUND, MFS                                   :
STRATEGIC GROWTH FUND, MFS                                     :
TECHNOLOGY FUND, MASSACHUSETTS                                 :
INVESTORS GROWTH STOCK, MFS MID CAP                            :
VALUE FUND, MFS RESEARCH GROWTH                                :
AND INCOME FUND, MFS TOTAL RETURN                              :
FUND, MFS UNION STANDARD EQUITY FUND,                          :
MFS UTILITIES FUND, MFS VALUE FUND,                            :
                                                               :

[Caption continued on next page]


**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

MASSACHUSETTS INVESTORS TRUST, MFS :
AGGRESSIVE GROWTH ALLOCATION FUND, :
MFS CONSERVATIVE ALLOCATION FUND, :
MFS MODERATE ALLOCATION FUND, MFS :
BOND FUND, MFS EMERGING MARKETS :
DEBT FUND, MFS GOVERNMENTAL :
LIMITED MATURITY FUND, MFS :
GOVERNMENT MORTGAGE FUND, MFS :
GOVERNMENT SECURITIES FUND, MFS :
HIGH INCOME FUND, MFS HIGH YIELD :
OPPORTUNITIES FUND, BOND FUND, MFS :
LIMITED MATURITY FUND, MFS RESEARCH :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND, :
MFS ARKANSAS MUNICIPAL BOND FUND, :
MFS CALIFORNIA MUNICIPAL BOND FUND, :
MFS FLORIDA MUNICIPAL BOND FUND, MFS :
GEORGIA MUNICIPAL BOND FUND, MFS :
MARYLAND MUNICIPAL BOND FUND, MFS :
MASSACHUSETTS MUNICIPAL BOND FUND, :
MFS MISSISSIPPI MUNICIPAL BOND FUND, :
MFS MUNICIPAL BOND FUND, MFS :
MUNICIPAL LIMITED MATURITY FUND, :
MFS NEW YORK MUNICIPAL BOND FUND, :
MFS NORTH CAROLINA MUNICIPAL BOND :
FUND, MFS PENNSYLVANIA MUNICIPAL :
BOND FUND, MFS SOUTH CAROLINA :
MUNICIPAL BOND FUND, MFS TENNESSEE :
MUNICIPAL BOND FUND, MFS VIRGINIA :
MUNICIPAL BOND FUND, MFS WEST :
VIRGINIA MUNICIPAL BOND FUND, MFS :
EMERGING MARKETS EQUITY FUND, MFS :
GLOBAL EQUITY FUND, MFS GLOBAL :
GROWTH FUND, MFS GLOBAL TOTAL :
RETURN FUND, MFS INTERNATIONAL :
GROWTH FUND, MFS INTERNATIONAL :
NEW DISCOVERY FUND, MFS :
INTERNATIONAL VALUE FUND, MFS :
RESEARCH INTERNATIONAL FUND, MFS :
SERIES TRUST VII and ALL DEFENDANTS, :
                                    :
            Defendants.             :

```
                                                  :
-------------------------------------------------X
[Additional Captions Set Forth Below]

-------------------------------------------------X
                                                  :
OLIVER S. TRONE, Individually, and on Behalf of   :
All Others Similarly Situated,                    :
                                                  :  Civ. No. 03 CV 12514 (WGY)
              Plaintiff,                          :
                                                  :
      vs.                                         :
                                                  :
MFS CAPITAL OPPORTUNITIES FUND, MFS               :
CORE GROWTH FUND, MFS LARGE CAP                   :
GROWTH FUND, MFS MANAGED SECTORS                  :
FUND, MFS MID CAP GROWTH FUND, MFS                :
NEW DISCOVERY FUND, MFS NEW                       :
ENDEAVOR FUND, MFS RESEARCH FUND,                 :
MFS STRATEGIC GROWTH FUND, MFS                    :
TECHNOLOGY FUND, MASSACHUSETTS                    :
INVESTORS GROWTH STOCK, MFS MID CAP               :
VALUE FUND, MFS RESEARCH GROWTH                   :
AND INCOME FUND, MFS TOTAL RETURN                 :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND,               :
MASSACHUSETTS INVESTORS TRUST, MFS                :
AGGRESSIVE GROWTH ALLOCATION FUND,                :
MFS CONSERVATIVE ALLOCATION FUND,                 :
MFS MODERATE ALLOCATION FUND, MFS                 :
BOND FUND, MFS EMERGING MARKETS                   :
DEBT FUND, MFS GOVERNMENTAL                       :
LIMITED MATURITY FUND, MFS                        :
GOVERNMENT MORTGAGE FUND, MFS                     :
GOVERNMENT SECURITIES FUND, MFS                   :
HIGH INCOME FUND, MFS HIGH YIELD                  :
OPPORTUNITIES FUND, BOND FUND, MFS                :
LIMITED MATURITY FUND, MFS RESEARCH               :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,                  :
MFS ARKANSAS MUNICIPAL BOND FUND,                 :
MFS CALIFORNIA MUNICIPAL BOND FUND,               :
MFS FLORIDA MUNICIPAL BOND FUND, MFS              :
GEORGIA MUNICIPAL BOND FUND, MFS                  :
```

00001668.WPD ; 1

MARYLAND MUNICIPAL BOND FUND, MFS : 
MASSACHUSETTS MUNICIPAL BOND FUND, : 
MFS MISSISSIPPI MUNICIPAL BOND FUND, : 
MFS MUNICIPAL BOND FUND, MFS : 
MUNICIPAL LIMITED MATURITY FUND, : 
MFS NEW YORK MUNICIPAL BOND FUND, : 
MFS NORTH CAROLINA MUNICIPAL BOND : 
FUND, MFS PENNSYLVANIA MUNICIPAL : 
BOND FUND, MFS SOUTH CAROLINA : 
MUNICIPAL BOND FUND, MFS TENNESSEE : 
MUNICIPAL BOND FUND, MFS VIRGINIA : 
MUNICIPAL BOND FUND, MFS WEST : 
VIRGINIA MUNICIPAL BOND FUND, MFS : 
EMERGING MARKETS EQUITY FUND, MFS : 
GLOBAL EQUITY FUND, MFS GLOBAL : 
GROWTH FUND, MFS GLOBAL TOTAL : 
RETURN FUND, MFS INTERNATIONAL : 
GROWTH FUND, MFS INTERNATIONAL : 
NEW DISCOVERY FUND, MFS : 
INTERNATIONAL VALUE FUND, MFS : 
RESEARCH INTERNATIONAL FUND, MFS : 
CASH RESERVE FUND, MFS GOVERNMENT : 
MONEY MARKET FUND, MFS MONEY : 
MARKET FUND, MFS MUNICIPAL SERIES : 
TRUST, MFS SERIES TRUST I, MFS SERIES : 
TRUST II, MFS SERIES TRUST III, MFS SERIES : 
TRUST IV, MFS SERIES TRUST V, MFS SERIES : 
TRUST VI, MFS SERIES TRUST VII, MFS SERIES : 
TRUST VIII, MFS SERIES TRUST IX, MFS : 
SERIES TRUST X, MFS SERIES TRUST XI, SUN : 
LIFE FINANCIAL, INC., JOHN DOES 1-100, and : 
ALL DEFENDANTS, : 
: 
                        Defendants. : 
: 
------------------------------------------------------------X

```
-----------------------------------------------------------X
                                                           :
DANIELLE ADAMS and                                         :
DEAN DELLAVENTURA, Individually, and on                    :
Behalf of All Others Similarly Situated,                   :
                                                           :
                                                           : Civ. No. 03 CV 12536 (WGY)
                    Plaintiff,                             :
                                                           :
          vs.                                              :
                                                           :
MFS CAPITAL OPPORTUNITIES FUND, MFS                        :
CORE GROWTH FUND, MFS LARGE CAP                            :
GROWTH FUND, MFS MANAGED SECTORS                           :
FUND, MFS MID CAP GROWTH FUND, MFS                         :
NEW DISCOVERY FUND, MFS NEW                                :
ENDEAVOR FUND, MFS RESEARCH FUND,                          :
MFS STRATEGIC GROWTH FUND, MFS                             :
TECHNOLOGY FUND, MASSACHUSETTS                             :
INVESTORS GROWTH STOCK, MFS MID CAP                        :
VALUE FUND, MFS RESEARCH GROWTH                            :
AND INCOME FUND, MFS TOTAL RETURN                          :
FUND, MFS UNION STANDARD EQUITY FUND,                      :
MFS UTILITIES FUND, MFS VALUE FUND,                        :
MASSACHUSETTS INVESTORS TRUST, MFS                         :
AGGRESSIVE GROWTH ALLOCATION FUND,                         :
MFS CONSERVATIVE ALLOCATION FUND,                          :
MFS MODERATE ALLOCATION FUND, MFS                          :
BOND FUND, MFS EMERGING MARKETS                            :
DEBT FUND, MFS GOVERNMENTAL                                :
LIMITED MATURITY FUND, MFS                                 :
GOVERNMENT MORTGAGE FUND, MFS                              :
GOVERNMENT SECURITIES FUND, MFS                            :
HIGH INCOME FUND, MFS HIGH YIELD                           :
OPPORTUNITIES FUND, BOND FUND, MFS                         :
LIMITED MATURITY FUND, MFS RESEARCH                        :
BOND FUND, MFS STRATEGIC INCOME FUND,                      :
MFS ALABAMA MUNICIPAL BOND FUND,                           :
MFS ARKANSAS MUNICIPAL BOND FUND,                          :
MFS CALIFORNIA MUNICIPAL BOND FUND,                        :
MFS FLORIDA MUNICIPAL BOND FUND, MFS                       :
GEORGIA MUNICIPAL BOND FUND, MFS                           :
```

MARYLAND MUNICIPAL BOND FUND, MFS : 
MASSACHUSETTS MUNICIPAL BOND FUND, : 
MFS MISSISSIPPI MUNICIPAL BOND FUND, : 
MFS MUNICIPAL BOND FUND, MFS : 
MUNICIPAL LIMITED MATURITY FUND, : 
MFS NEW YORK MUNICIPAL BOND FUND, : 
MFS NORTH CAROLINA MUNICIPAL BOND : 
FUND, MFS PENNSYLVANIA MUNICIPAL : 
BOND FUND, MFS SOUTH CAROLINA : 
MUNICIPAL BOND FUND, MFS TENNESSEE : 
MUNICIPAL BOND FUND, MFS VIRGINIA : 
MUNICIPAL BOND FUND, MFS WEST : 
VIRGINIA MUNICIPAL BOND FUND, MFS : 
EMERGING MARKETS EQUITY FUND, MFS : 
GLOBAL EQUITY FUND, MFS GLOBAL : 
GROWTH FUND, MFS GLOBAL TOTAL : 
RETURN FUND, MFS INTERNATIONAL : 
GROWTH FUND, MFS INTERNATIONAL : 
NEW DISCOVERY FUND, MFS : 
INTERNATIONAL VALUE FUND, MFS : 
RESEARCH INTERNATIONAL FUND, MFS : 
CASH RESERVE FUND, MFS GOVERNMENT : 
MONEY MARKET FUND, MFS MONEY : 
MARKET FUND, MFS MUNICIPAL SERIES : 
TRUST, MFS SERIES TRUST I, MFS SERIES : 
TRUST II, MFS SERIES TRUST III, MFS SERIES : 
TRUST IV, MFS SERIES TRUST V, MFS SERIES : 
TRUST VI, MFS SERIES TRUST VII, MFS SERIES : 
TRUST VIII, MFS SERIES TRUST IX, MFS : 
SERIES TRUST X, MFS SERIES TRUST XI, SUN : 
LIFE FINANCIAL, INC., MASSACHUSETTS : 
FINANCIAL SERVICES COMPANY DBA MFS : 
INVESTMENT MANAGEMENT, and JOHN DOES : 
1-100 : 
                     Defendants. : 
 : 
-------------------------------------------------------------X

```
------------------------------------------------------------X
                                                            :
STEVEN GREENBERG, on Behalf of Himself and                  :
All Others Similarly Situated,                              :
                                                            :  Civ. No. 03 CV 12545 (WGY)
                    Plaintiff,                              :
                                                            :
         vs.                                                :
                                                            :
MASSACHUSETTS FINANCIAL SERVICES                            :
COMPANY, MFS SERIES TRUST I, MFS SERIES                     :
TRUST II, MFS SERIES TRUST III, MFS SERIES                  :
TRUST IV, MFS SERIES TRUST V, MFS SERIES                    :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES                  :
TRUST VIII, MFS SERIES TRUST IX, MFS                        :
SERIES TRUST X, and MFS SERIES TRUST XI,                    :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------X
```

```
-------------------------------------------------------------X
                                                              :
JACOB ELEPHANT, on Behalf of Himself and                      :
All Others Similarly Situated,                                :
                                                              :
                                                              :
                        Plaintiff,                            :    Civ. No. 03 CV 12570 (WGY)
                                                              :
        vs.                                                   :
                                                              :
                                                              :
MASSACHUSETTS FINANCIAL SERVICES                              :
COMPANY, MFS INVESTMENT                                       :
MANAGEMENT, SUN LIFE FINANCIAL, INC.,                         :
MFS SERIES TRUST I, MFS SERIES TRUST II,                      :
MFS SERIES TRUST III, MFS SERIES TRUST IV,                    :
MFS SERIES TRUST V, MFS SERIES TRUST VI,                      :
MFS SERIES TRUST VII, MFS SERIES TRUST                        :
VIII, MFS SERIES TRUST IX, MFS SERIES                         :
TRUST X, MFS SERIES TRUST XI, MFS                             :
CAPITAL OPPORTUNITIES FUND, MFS CORE                          :
GROWTH FUND, MFS LARGE CAP GROWTH                             :
FUND, MFS MANAGED SECTORS FUND, MFS                           :
MID CAP GROWTH FUND, MFS NEW                                  :
DISCOVERY FUND, MFS NEW ENDEAVOR                              :
FUND, MFS RESEARCH FUND, MFS                                  :
STRATEGIC GROWTH FUND, MFS                                    :
TECHNOLOGY FUND, MASSACHUSETTS                                :
INVESTORS GROWTH STOCK, MFS MID CAP                           :
VALUE FUND, MFS RESEARCH GROWTH                               :
AND INCOME FUND, MFS TOTAL RETURN                             :
FUND, MFS UNION STANDARD EQUITY FUND,                         :
MFS UTILITIES FUND, MFS VALUE FUND,                           :
MASSACHUSETTS INVESTORS TRUST, MFS                            :
AGGRESSIVE GROWTH ALLOCATION FUND,                            :
MFS CONSERVATIVE ALLOCATION FUND,                             :
MFS MODERATE ALLOCATION FUND, MFS                             :
BOND FUND, MFS EMERGING MARKETS                               :
DEBT FUND, MFS GOVERNMENTAL                                   :
LIMITED MATURITY FUND, MFS                                    :
GOVERNMENT MORTGAGE FUND, MFS                                 :
GOVERNMENT SECURITIES FUND, MFS                               :
```

00001668.WPD ; 1

HIGH INCOME FUND, MFS HIGH YIELD           :
OPPORTUNITIES FUND, BOND FUND, MFS         :
LIMITED MATURITY FUND, MFS RESEARCH        :
BOND FUND, MFS STRATEGIC INCOME FUND,      :
MFS ALABAMA MUNICIPAL BOND FUND,           :
MFS ARKANSAS MUNICIPAL BOND FUND,          :
MFS CALIFORNIA MUNICIPAL BOND FUND,        :
MFS FLORIDA MUNICIPAL BOND FUND, MFS       :
GEORGIA MUNICIPAL BOND FUND, MFS           :
MARYLAND MUNICIPAL BOND FUND, MFS          :
MASSACHUSETTS MUNICIPAL BOND FUND,         :
MFS MISSISSIPPI MUNICIPAL BOND FUND,       :
MFS MUNICIPAL BOND FUND, MFS               :
MUNICIPAL LIMITED MATURITY FUND,           :
MFS NEW YORK MUNICIPAL BOND FUND,          :
MFS NORTH CAROLINA MUNICIPAL BOND          :
FUND, MFS PENNSYLVANIA MUNICIPAL           :
BOND FUND, MFS SOUTH CAROLINA              :
MUNICIPAL BOND FUND, MFS TENNESSEE         :
MUNICIPAL BOND FUND, MFS VIRGINIA          :
MUNICIPAL BOND FUND, MFS WEST              :
VIRGINIA MUNICIPAL BOND FUND, MFS          :
EMERGING MARKETS EQUITY FUND, MFS          :
GLOBAL EQUITY FUND, MFS GLOBAL             :
GROWTH FUND, MFS GLOBAL TOTAL              :
RETURN FUND, MFS INTERNATIONAL             :
GROWTH FUND, MFS INTERNATIONAL             :
NEW DISCOVERY FUND, MFS                    :
INTERNATIONAL VALUE FUND, MFS              :
RESEARCH INTERNATIONAL FUND, JOHN          :
DOES 1-100, and MFS FUNDS                  :
                                           :
                    Defendants.            :
------------------------------------------X

------------------------------------------------------------X
:
YAKOV BURSTEIN, Individually and on Behalf of   :
All Others Similarly Situated,                  :
                                                :
                    Plaintiff,                  :    Civ. No. 03 CV 12622 (WGY)
                                                :
        vs.                                     :
                                                :
MFS GLOBAL TELECOMMUNICATIONS FUND, :
CAPITAL OPPORTUNITIES FUND, MFS CORE            :
GROWTH FUND, MFS LARGE CAP GROWTH               :
FUND, MFS MANAGED SECTORS FUND, MFS             :
MID CAP GROWTH FUND, MFS NEW                    :
DISCOVERY FUND, MFS NEW ENDEAVOR                :
FUND, MFS RESEARCH FUND, MFS                    :
STRATEGIC GROWTH FUND, MFS                      :
TECHNOLOGY FUND, MASSACHUSETTS                  :
INVESTORS GROWTH STOCK, MFS MID CAP             :
VALUE FUND, MFS RESEARCH GROWTH                 :
AND INCOME FUND, MFS TOTAL RETURN               :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND,             :
MASSACHUSETTS INVESTORS TRUST, MFS              :
AGGRESSIVE GROWTH ALLOCATION FUND, :
MFS CONSERVATIVE ALLOCATION FUND,               :
MFS MODERATE ALLOCATION FUND, MFS               :
BOND FUND, MFS EMERGING MARKETS                 :
DEBT FUND, MFS GOVERNMENTAL                     :
LIMITED MATURITY FUND, MFS                      :
GOVERNMENT MORTGAGE FUND, MFS                   :
GOVERNMENT SECURITIES FUND, MFS                 :
HIGH INCOME FUND, MFS HIGH YIELD                :
OPPORTUNITIES FUND, BOND FUND, MFS              :
LIMITED MATURITY FUND, MFS RESEARCH             :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,                :
MFS ARKANSAS MUNICIPAL BOND FUND,               :
MFS CALIFORNIA MUNICIPAL BOND FUND, :

00001668.WPD ; 1

MFS FLORIDA MUNICIPAL BOND FUND, MFS : 
GEORGIA MUNICIPAL BOND FUND, MFS : 
MARYLAND MUNICIPAL BOND FUND, MFS : 
MASSACHUSETTS MUNICIPAL BOND FUND, : 
MFS MISSISSIPPI MUNICIPAL BOND FUND, : 
MFS MUNICIPAL BOND FUND, MFS : 
MUNICIPAL LIMITED MATURITY FUND, : 
MFS NEW YORK MUNICIPAL BOND FUND, : 
MFS NORTH CAROLINA MUNICIPAL BOND : 
FUND, MFS PENNSYLVANIA MUNICIPAL : 
BOND FUND, MFS SOUTH CAROLINA : 
MUNICIPAL BOND FUND, MFS TENNESSEE : 
MUNICIPAL BOND FUND, MFS VIRGINIA : 
MUNICIPAL BOND FUND, MFS WEST : 
VIRGINIA MUNICIPAL BOND FUND, MFS : 
EMERGING MARKETS EQUITY FUND, MFS : 
GLOBAL EQUITY FUND, MFS GLOBAL : 
GROWTH FUND, MFS GLOBAL TOTAL : 
RETURN FUND, MFS INTERNATIONAL : 
GROWTH FUND, MFS INTERNATIONAL : 
NEW DISCOVERY FUND, MFS : 
INTERNATIONAL VALUE FUND, MFS : 
RESEARCH INTERNATIONAL FUND, MFS : 
CASH RESERVE FUND, MFS GOVERNMENT : 
MONEY MARKET FUND, MFS : 
GOVERMENT MONEY MARKET FUND, MFS : 
FUNDS, MFS MUNICIPAL SERIES TRUST, : 
MFS SERIES TRUST I, MFS SERIES TRUST II, : 
MFS SERIES TRUST III, MFS SERIES TRUST IV, : 
MFS SERIES TRUST V, MFS SERIES TRUST VII, : 
MFS SERIES TRUST VIII, MFS SERIES TRUST : 
IX, MFS SERIES TRUST X, MFS SERIES TRUST : 
XI, MFS FUND REGISTRANTS, SUN LIFE : 
FINANCIAL, INC., MASSACHUSETTS : 
FINANCIAL SERVICES COMPANY DBA MFS : 
INVESTMENT MANAGEMENT, JOHN DOES : 
1-100, MFS and SERIES TRUST VI, : 
                                    Defendants. :
-----------------------------------------------------------------X

00001668.WPD ; 1

Class member Robert K. Willms by his counsel, hereby moves this Court for an Order: (i) consolidating the Actions; (ii) appointing Robert K. Willms as Lead Plaintiff; (iii) approving Robert K. Willms' selection of the law firm of Cauley Geller Bowman & Rudman, LLP to serve as Lead Counsel and the law firm of Gilman and Pastor, LLP to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Robert K. Willms submits herewith a Memorandum of Law and Declaration of David Pastor dated February 9, 2004.

Dated: February 9, 2004

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: _____
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
Telephone:   (781) 231-7850
Facsimile:    (781) 231-7840

**Proposed Liaison Counsel**

**CAULEY GELLER BOWMAN & RUDMAN, LLP**
Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone:   (631) 367-7100
Facsimile:    (631) 367-1173

**Proposed Lead Counsel**

**CERTIFICATE OF SERVICE**

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 2/9/04

00001668.WPD ; 1                                                                                                    1