UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
:
BRUCE RIGGS, Individually, and on Behalf of :
All Others Similarly Situated, :
:
: Civ. No. 03 CV 12500 (WGY)
Plaintiff, :
:
vs. :
:
MASSACHUSETTS FINANCIAL SERVICES :
COMPANY, MFS INVESTMENT :
MANAGEMENT, SUN LIFE FINANCIAL, INC., :
MFS SERIES TRUST I, MFS SERIES TRUST II, :
MFS SERIES TRUST III, MFS SERIES TRUST IV, :
MFS SERIES TRUST V, MFS SERIES TRUST VI, :
MFS SERIES TRUST VII, MFS SERIES TRUST :
VIII, MFS SERIES TRUST IX, MFS SERIES :
TRUST X, MFS SERIES TRUST XI, MFS :
CAPITAL OPPORTUNITIES FUND, MFS CORE :
GROWTH FUND, MFS LARGE CAP GROWTH :
FUND, MFS MANAGED SECTORS FUND, MFS :
MID CAP GROWTH FUND, MFS NEW :
DISCOVERY FUND, MFS NEW ENDEAVOR :
FUND, MFS RESEARCH FUND, MFS :
STRATEGIC GROWTH FUND, MFS :
TECHNOLOGY FUND, MASSACHUSETTS :
INVESTORS GROWTH STOCK, MFS MID CAP :
VALUE FUND, MFS RESEARCH GROWTH :
AND INCOME FUND, MFS TOTAL RETURN :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND, :
_____ :

[Caption continued on next page]

**DECLARATION OF BRADLEY P. DYER IN SUPPORT OF THE MOTION OF THE BURRELL PROPOSED LEAD PLAINTIFFS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| MASSACHUSETTS INVESTORS TRUST, MFS AGGRESSIVE GROWTH ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS MODERATE ALLOCATION FUND, MFS BOND FUND, MFS EMERGING MARKETS DEBT FUND, MFS GOVERNMENTAL LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES FUND, MFS HIGH INCOME FUND, MFS HIGH YIELD OPPORTUNITIES FUND, BOND FUND, MFS LIMITED MATURITY FUND, MFS RESEARCH BOND FUND, MFS STRATEGIC INCOME FUND, MFS ALABAMA MUNICIPAL BOND FUND, MFS ARKANSAS MUNICIPAL BOND FUND, MFS CALIFORNIA MUNICIPAL BOND FUND, MFS FLORIDA MUNICIPAL BOND FUND, MFS GEORGIA MUNICIPAL BOND FUND, MFS MARYLAND MUNICIPAL BOND FUND, MFS MASSACHUSETTS MUNICIPAL BOND FUND, MFS MISSISSIPPI MUNICIPAL BOND FUND, MFS MUNICIPAL BOND FUND, MFS MUNICIPAL LIMITED MATURITY FUND, MFS NEW YORK MUNICIPAL BOND FUND, MFS NORTH CAROLINA MUNICIPAL BOND FUND, MFS PENNSYLVANIA MUNICIPAL BOND FUND, MFS SOUTH CAROLINA MUNICIPAL BOND FUND, MFS TENNESSEE MUNICIPAL BOND FUND, MFS VIRGINIA MUNICIPAL BOND FUND, MFS WEST VIRGINIA MUNICIPAL BOND FUND, MFS EMERGING MARKETS EQUITY FUND, MFS GLOBAL EQUITY FUND, MFS GLOBAL GROWTH FUND, MFS GLOBAL TOTAL RETURN FUND, MFS INTERNATIONAL GROWTH FUND, MFS INTERNATIONAL NEW DISCOVERY FUND, MFS INTERNATIONAL VALUE FUND, MFS RESEARCH INTERNATIONAL FUND, MFS SERIES TRUST VII and ALL DEFENDANTS, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |
| ------------------------------------------------------------X | |

[Additional Captions Set Forth Below]

-----------------------------------------------------------X
:
OLIVER S. TRONE, Individually, and on Behalf of    :
All Others Similarly Situated,                                         :
                                                                                         :   Civ. No. 03 CV 12514 (WGY)
                                Plaintiff,                                    :
                                                                                         :
            vs.                                                                       :
                                                                                         :
MFS CAPITAL OPPORTUNITIES FUND, MFS       :
CORE GROWTH FUND, MFS LARGE CAP             :
GROWTH FUND, MFS MANAGED SECTORS      :
FUND, MFS MID CAP GROWTH FUND, MFS         :
NEW DISCOVERY FUND, MFS NEW                      :
ENDEAVOR FUND, MFS RESEARCH FUND,        :
MFS STRATEGIC GROWTH FUND, MFS                :
TECHNOLOGY FUND, MASSACHUSETTS            :
INVESTORS GROWTH STOCK, MFS MID CAP    :
VALUE FUND, MFS RESEARCH GROWTH           :
AND INCOME FUND, MFS TOTAL RETURN       :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND,           :
MASSACHUSETTS INVESTORS TRUST, MFS     :
AGGRESSIVE GROWTH ALLOCATION FUND, :
MFS CONSERVATIVE ALLOCATION FUND,      :
MFS MODERATE ALLOCATION FUND, MFS      :
BOND FUND, MFS EMERGING MARKETS         :
DEBT FUND, MFS GOVERNMENTAL                   :
LIMITED MATURITY FUND, MFS                          :
GOVERNMENT MORTGAGE FUND, MFS          :
GOVERNMENT SECURITIES FUND, MFS          :
HIGH INCOME FUND, MFS HIGH YIELD           :
OPPORTUNITIES FUND, BOND FUND, MFS     :
LIMITED MATURITY FUND, MFS RESEARCH :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,       :
MFS ARKANSAS MUNICIPAL BOND FUND,     :
MFS CALIFORNIA MUNICIPAL BOND FUND,  :
MFS FLORIDA MUNICIPAL BOND FUND, MFS :
GEORGIA MUNICIPAL BOND FUND, MFS       :
MARYLAND MUNICIPAL BOND FUND, MFS   :
MASSACHUSETTS MUNICIPAL BOND FUND, :
MFS MISSISSIPPI MUNICIPAL BOND FUND,   :

00001669.WPD ; 1

MFS MUNICIPAL BOND FUND, MFS                    :
MUNICIPAL LIMITED MATURITY FUND,                :
MFS NEW YORK MUNICIPAL BOND FUND,               :
MFS NORTH CAROLINA MUNICIPAL BOND               :
FUND, MFS PENNSYLVANIA MUNICIPAL                :
BOND FUND, MFS SOUTH CAROLINA                   :
MUNICIPAL BOND FUND, MFS TENNESSEE              :
MUNICIPAL BOND FUND, MFS VIRGINIA               :
MUNICIPAL BOND FUND, MFS WEST                   :
VIRGINIA MUNICIPAL BOND FUND, MFS               :
EMERGING MARKETS EQUITY FUND, MFS               :
GLOBAL EQUITY FUND, MFS GLOBAL                  :
GROWTH FUND, MFS GLOBAL TOTAL                   :
RETURN FUND, MFS INTERNATIONAL                  :
GROWTH FUND, MFS INTERNATIONAL                  :
NEW DISCOVERY FUND, MFS                         :
INTERNATIONAL VALUE FUND, MFS                   :
RESEARCH INTERNATIONAL FUND, MFS                :
CASH RESERVE FUND, MFS GOVERNMENT               :
MONEY MARKET FUND, MFS MONEY                    :
MARKET FUND, MFS MUNICIPAL SERIES               :
TRUST, MFS SERIES TRUST I, MFS SERIES           :
TRUST II, MFS SERIES TRUST III, MFS SERIES      :
TRUST IV, MFS SERIES TRUST V, MFS SERIES        :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES      :
TRUST VIII, MFS SERIES TRUST IX, MFS            :
SERIES TRUST X, MFS SERIES TRUST XI, SUN        :
LIFE FINANCIAL, INC., JOHN DOES 1-100, and      :
ALL DEFENDANTS,                                 :
                                                :
                        Defendants.             :
                                                :
-------------------------------------------------------------------X

00001669.WPD ; 1

------------------------------------------------------------X

DANIELLE ADAMS and
DEAN DELLAVENTURA, Individually, and on
Behalf of All Others Similarly Situated,

                Plaintiff,

          vs.

MFS CAPITAL OPPORTUNITIES FUND, MFS
CORE GROWTH FUND, MFS LARGE CAP
GROWTH FUND, MFS MANAGED SECTORS
FUND, MFS MID CAP GROWTH FUND, MFS
NEW DISCOVERY FUND, MFS NEW
ENDEAVOR FUND, MFS RESEARCH FUND,
MFS STRATEGIC GROWTH FUND, MFS
TECHNOLOGY FUND, MASSACHUSETTS
INVESTORS GROWTH STOCK, MFS MID CAP
VALUE FUND, MFS RESEARCH GROWTH
AND INCOME FUND, MFS TOTAL RETURN
FUND, MFS UNION STANDARD EQUITY FUND,
MFS UTILITIES FUND, MFS VALUE FUND,
MASSACHUSETTS INVESTORS TRUST, MFS
AGGRESSIVE GROWTH ALLOCATION FUND,
MFS CONSERVATIVE ALLOCATION FUND,
MFS MODERATE ALLOCATION FUND, MFS
BOND FUND, MFS EMERGING MARKETS
DEBT FUND, MFS GOVERNMENTAL
LIMITED MATURITY FUND, MFS
GOVERNMENT MORTGAGE FUND, MFS
GOVERNMENT SECURITIES FUND, MFS
HIGH INCOME FUND, MFS HIGH YIELD
OPPORTUNITIES FUND, BOND FUND, MFS
LIMITED MATURITY FUND, MFS RESEARCH
BOND FUND, MFS STRATEGIC INCOME FUND,
MFS ALABAMA MUNICIPAL BOND FUND,
MFS ARKANSAS MUNICIPAL BOND FUND,
MFS CALIFORNIA MUNICIPAL BOND FUND,
MFS FLORIDA MUNICIPAL BOND FUND, MFS
GEORGIA MUNICIPAL BOND FUND, MFS
MARYLAND MUNICIPAL BOND FUND, MFS

: Civ. No. 03 CV 12536 (WGY)

00001669.WPD ; 1

MASSACHUSETTS MUNICIPAL BOND FUND, :
MFS MISSISSIPPI MUNICIPAL BOND FUND, :
MFS MUNICIPAL BOND FUND, MFS :
MUNICIPAL LIMITED MATURITY FUND, :
MFS NEW YORK MUNICIPAL BOND FUND, :
MFS NORTH CAROLINA MUNICIPAL BOND :
FUND, MFS PENNSYLVANIA MUNICIPAL :
BOND FUND, MFS SOUTH CAROLINA :
MUNICIPAL BOND FUND, MFS TENNESSEE :
MUNICIPAL BOND FUND, MFS VIRGINIA :
MUNICIPAL BOND FUND, MFS WEST :
VIRGINIA MUNICIPAL BOND FUND, MFS :
EMERGING MARKETS EQUITY FUND, MFS :
GLOBAL EQUITY FUND, MFS GLOBAL :
GROWTH FUND, MFS GLOBAL TOTAL :
RETURN FUND, MFS INTERNATIONAL :
GROWTH FUND, MFS INTERNATIONAL :
NEW DISCOVERY FUND, MFS :
INTERNATIONAL VALUE FUND, MFS :
RESEARCH INTERNATIONAL FUND, MFS :
CASH RESERVE FUND, MFS GOVERNMENT :
MONEY MARKET FUND, MFS MONEY :
MARKET FUND, MFS MUNICIPAL SERIES :
TRUST, MFS SERIES TRUST I, MFS SERIES :
TRUST II, MFS SERIES TRUST III, MFS SERIES :
TRUST IV, MFS SERIES TRUST V, MFS SERIES :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES :
TRUST VIII, MFS SERIES TRUST IX, MFS :
SERIES TRUST X, MFS SERIES TRUST XI, SUN :
LIFE FINANCIAL, INC., MASSACHUSETTS :
FINANCIAL SERVICES COMPANY DBA MFS :
INVESTMENT MANAGEMENT, and JOHN DOES :
1-100 :
                        Defendants. :
                         :
-------------------------------------------------------------X

```
------------------------------------------------------------X
                                                            :
STEVEN GREENBERG, on Behalf of Himself and                  :
All Others Similarly Situated,                              :
                                                            :
                                                            : Civ. No. 03 CV 12545 (WGY)
                   Plaintiff,                               :
                                                            :
         vs.                                                :
                                                            :
MASSACHUSETTS FINANCIAL SERVICES                            :
COMPANY, MFS SERIES TRUST I, MFS SERIES                     :
TRUST II, MFS SERIES TRUST III, MFS SERIES                  :
TRUST IV, MFS SERIES TRUST V, MFS SERIES                    :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES                  :
TRUST VIII, MFS SERIES TRUST IX, MFS                        :
SERIES TRUST X, and MFS SERIES TRUST XI,                    :
                                                            :
                   Defendants.                              :
                                                            :
------------------------------------------------------------X
```

00001669.WPD ; 1

```
------------------------------------------------------------X
                                                            :
JACOB ELEPHANT, on Behalf of Himself and                    :
All Others Similarly Situated,                              :
                                                            :
                           Plaintiff,                       :    Civ. No. 03 CV 12570 (WGY)
                                                            :
           vs.                                              :
                                                            :
MASSACHUSETTS FINANCIAL SERVICES                            :
COMPANY, MFS INVESTMENT                                     :
MANAGEMENT, SUN LIFE FINANCIAL, INC.,                       :
MFS SERIES TRUST I, MFS SERIES TRUST II,                    :
MFS SERIES TRUST III, MFS SERIES TRUST IV,                  :
MFS SERIES TRUST V, MFS SERIES TRUST VI,                    :
MFS SERIES TRUST VII, MFS SERIES TRUST                      :
VIII, MFS SERIES TRUST IX, MFS SERIES                       :
TRUST X, MFS SERIES TRUST XI, MFS                           :
CAPITAL OPPORTUNITIES FUND, MFS CORE                        :
GROWTH FUND, MFS LARGE CAP GROWTH                           :
FUND, MFS MANAGED SECTORS FUND, MFS                         :
MID CAP GROWTH FUND, MFS NEW                                :
DISCOVERY FUND, MFS NEW ENDEAVOR                            :
FUND, MFS RESEARCH FUND, MFS                                :
STRATEGIC GROWTH FUND, MFS                                  :
TECHNOLOGY FUND, MASSACHUSETTS                              :
INVESTORS GROWTH STOCK, MFS MID CAP                         :
VALUE FUND, MFS RESEARCH GROWTH                             :
AND INCOME FUND, MFS TOTAL RETURN                           :
FUND, MFS UNION STANDARD EQUITY FUND,                       :
MFS UTILITIES FUND, MFS VALUE FUND,                         :
MASSACHUSETTS INVESTORS TRUST, MFS                          :
AGGRESSIVE GROWTH ALLOCATION FUND,                          :
MFS CONSERVATIVE ALLOCATION FUND,                           :
MFS MODERATE ALLOCATION FUND, MFS                           :
BOND FUND, MFS EMERGING MARKETS                             :
DEBT FUND, MFS GOVERNMENTAL                                 :
LIMITED MATURITY FUND, MFS                                  :
GOVERNMENT MORTGAGE FUND, MFS                               :
GOVERNMENT SECURITIES FUND, MFS                             :
HIGH INCOME FUND, MFS HIGH YIELD                            :
OPPORTUNITIES FUND, BOND FUND, MFS                          :
LIMITED MATURITY FUND, MFS RESEARCH                         :
```

00001669.WPD ; 1

BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND, :
MFS ARKANSAS MUNICIPAL BOND FUND, :
MFS CALIFORNIA MUNICIPAL BOND FUND, :
MFS FLORIDA MUNICIPAL BOND FUND, MFS :
GEORGIA MUNICIPAL BOND FUND, MFS :
MARYLAND MUNICIPAL BOND FUND, MFS :
MASSACHUSETTS MUNICIPAL BOND FUND, :
MFS MISSISSIPPI MUNICIPAL BOND FUND, :
MFS MUNICIPAL BOND FUND, MFS :
MUNICIPAL LIMITED MATURITY FUND, :
MFS NEW YORK MUNICIPAL BOND FUND, :
MFS NORTH CAROLINA MUNICIPAL BOND :
FUND, MFS PENNSYLVANIA MUNICIPAL :
BOND FUND, MFS SOUTH CAROLINA :
MUNICIPAL BOND FUND, MFS TENNESSEE :
MUNICIPAL BOND FUND, MFS VIRGINIA :
MUNICIPAL BOND FUND, MFS WEST :
VIRGINIA MUNICIPAL BOND FUND, MFS :
EMERGING MARKETS EQUITY FUND, MFS :
GLOBAL EQUITY FUND, MFS GLOBAL :
GROWTH FUND, MFS GLOBAL TOTAL :
RETURN FUND, MFS INTERNATIONAL :
GROWTH FUND, MFS INTERNATIONAL :
NEW DISCOVERY FUND, MFS :
INTERNATIONAL VALUE FUND, MFS :
RESEARCH INTERNATIONAL FUND, JOHN :
DOES 1-100, and MFS FUNDS :
                                                      :
                       Defendants.     :
------------------------------------------------------------X

00001669.WPD ; 1

```
------------------------------------------------------------X
                                                            :
YAKOV BURSTEIN, Individually and on Behalf of               :
All Others Similarly Situated,                              :
                                                            :
                                                            :
                        Plaintiff,                          :    Civ. No. 03 CV 12622 (WGY)
                                                            :
                                                            :
            vs.                                             :
                                                            :
MFS GLOBAL TELECOMMUNICATIONS FUND,                         :
CAPITAL OPPORTUNITIES FUND, MFS CORE                        :
GROWTH FUND, MFS LARGE CAP GROWTH                           :
FUND, MFS MANAGED SECTORS FUND, MFS                         :
MID CAP GROWTH FUND, MFS NEW                                :
DISCOVERY FUND, MFS NEW ENDEAVOR                            :
FUND, MFS RESEARCH FUND, MFS                                :
STRATEGIC GROWTH FUND, MFS                                  :
TECHNOLOGY FUND, MASSACHUSETTS                              :
INVESTORS GROWTH STOCK, MFS MID CAP                         :
VALUE FUND, MFS RESEARCH GROWTH                             :
AND INCOME FUND, MFS TOTAL RETURN                           :
FUND, MFS UNION STANDARD EQUITY FUND,                       :
MFS UTILITIES FUND, MFS VALUE FUND,                         :
MASSACHUSETTS INVESTORS TRUST, MFS                          :
AGGRESSIVE GROWTH ALLOCATION FUND,                          :
MFS CONSERVATIVE ALLOCATION FUND,                           :
MFS MODERATE ALLOCATION FUND, MFS                           :
BOND FUND, MFS EMERGING MARKETS                             :
DEBT FUND, MFS GOVERNMENTAL                                 :
LIMITED MATURITY FUND, MFS                                  :
GOVERNMENT MORTGAGE FUND, MFS                               :
GOVERNMENT SECURITIES FUND, MFS                             :
HIGH INCOME FUND, MFS HIGH YIELD                            :
OPPORTUNITIES FUND, BOND FUND, MFS                          :
LIMITED MATURITY FUND, MFS RESEARCH                         :
BOND FUND, MFS STRATEGIC INCOME FUND,                       :
MFS ALABAMA MUNICIPAL BOND FUND,                            :
MFS ARKANSAS MUNICIPAL BOND FUND,                           :
MFS CALIFORNIA MUNICIPAL BOND FUND,                         :
MFS FLORIDA MUNICIPAL BOND FUND, MFS                        :
GEORGIA MUNICIPAL BOND FUND, MFS                            :
MARYLAND MUNICIPAL BOND FUND, MFS                           :
MASSACHUSETTS MUNICIPAL BOND FUND,                          :
```

00001669.WPD ; 1

MFS MISSISSIPPI MUNICIPAL BOND FUND, :
MFS MUNICIPAL BOND FUND, MFS :
MUNICIPAL LIMITED MATURITY FUND, :
MFS NEW YORK MUNICIPAL BOND FUND, :
MFS NORTH CAROLINA MUNICIPAL BOND :
FUND, MFS PENNSYLVANIA MUNICIPAL :
BOND FUND, MFS SOUTH CAROLINA :
MUNICIPAL BOND FUND, MFS TENNESSEE :
MUNICIPAL BOND FUND, MFS VIRGINIA :
MUNICIPAL BOND FUND, MFS WEST :
VIRGINIA MUNICIPAL BOND FUND, MFS :
EMERGING MARKETS EQUITY FUND, MFS :
GLOBAL EQUITY FUND, MFS GLOBAL :
GROWTH FUND, MFS GLOBAL TOTAL :
RETURN FUND, MFS INTERNATIONAL :
GROWTH FUND, MFS INTERNATIONAL :
NEW DISCOVERY FUND, MFS :
INTERNATIONAL VALUE FUND, MFS :
RESEARCH INTERNATIONAL FUND, MFS :
CASH RESERVE FUND, MFS GOVERNMENT :
MONEY MARKET FUND, MFS :
GOVERMENT MONEY MARKET FUND, MFS :
FUNDS, MFS MUNICIPAL SERIES TRUST, :
MFS SERIES TRUST I, MFS SERIES TRUST II, :
MFS SERIES TRUST III, MFS SERIES TRUST IV, :
MFS SERIES TRUST V,MFS SERIES TRUST VII, :
MFS SERIES TRUST VIII, MFS SERIES TRUST :
IX, MFS SERIES TRUST X, MFS SERIES TRUST :
XI, MFS FUND REGISTRANTS, SUN LIFE :
FINANCIAL, INC., MASSACHUSETTS :
FINANCIAL SERVICES COMPANY DBA MFS :
INVESTMENT MANAGEMENT, JOHN DOES :
1-100, MFS and SERIES TRUST VI, :
                                           :
              Defendants.                  :
-----------------------------------------------------------------X

00001669.WPD ; 1

BRADLEY P. DYER, being duly sworn, deposes and says:

1. I am an associate at the law firm of Stull, Stull & Brody. I respectfully submit this Declaration in Support of the Motion of the Burrell Proposed Lead Plaintiffs for (i) Consolidation; (2) Appointment as lead Plaintiffs; and (iii) Approval of their Choice of Counsel.

2. Attached hereto are true and correct copies of the following documents:

   A. December 11, 2003 Notice of a Class Action on behalf of MFS Mutual Fund purchasers, redeemers or holders, published over PR Newswire.

   B. Certifications executed by the Burrell Proposed Lead Plaintiffs demonstrating their class standing and requisite financial interest in the litigation;

   C. A chart summarizing the transactions of the Burrell Proposed Lead Plaintiffs during the Class Period;

   D. Firm Biography of Stull, Stull & Brody;

   E. Firm Biography of Weiss & Yourman; and

   F. Firm Biography of Gilman and Pastor, LLP

   _____
   Bradley P. Dyer