UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YAKOV BURSTEIN, IRA, Individually and On the Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>MFS GLOBAL TELECOMMUNICATIONS FUND, et al.,<br><br>Defendants | No. 03-12622-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company and Sun Life Financial Inc.

        Respectfully Submitted,

        MASSACHUSETTS FINANCIAL
        SERVICES COMPANY and SUN LIFE
        FINANCIAL INC.,

        By their attorneys,

        /s/ Jonathan A. Shapiro
        Jeffrey B. Rudman (BBO #433380)
        William H. Paine (BBO #550506)
        Jonathan A. Shapiro (BBO #567838)
        Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000

April 6, 2004

BOSTON 1884137v1

-2-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA  02109 | Melvyn I. Weiss<br>Steven G. Schulman<br>Peter E. Seidman<br>Sharon M. Lee<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119 |
| Jack G. Fruchter<br>Mitchell M.Z. Twersky<br>Fruchter & Twersky LLP<br>One Pennsylvania Plaza, Suite 1910<br>New York, NY 10119 | John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 |
| Andrew L. Barroway<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 | David Pastor<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 |
| Samuel H. Rudman<br>Cauley, Geller, Bowman, Coates & Rudman LLP<br>200 Broadhollow Road<br>Melville, NY 11747 | Aaron Brody<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 |
| Joseph Weiss<br>Weiss & Yourman<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176 | |

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 6, 2004